
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

**LAWRENCE GUIDRY, JR.**          CIVIL ACTION NO. 1:07CV2123

**VERSUS**                        **JUDGE DRELL**

**USA**                           **MAGISTRATE JUDGE KIRK**

CERTIFICATE OF APPEALABILITY

A final order having been filed in the above-captioned habeas case, the court, considering the record in this case and the requirements of 28 U.S.C. § 2253, hereby finds that:

✓   The certificate of appealability is DENIED because the applicant has failed to demonstrate a substantial showing of the denial of a constitutional right.

___ The certificate of appealability is GRANTED for the below reasons:

The applicant has made a substantial showing that the following issues constitute a denial of a constitutional right:

Signed at _ALEXANDRIA_, Louisiana, this _21st_ Day of _August_, 2008.

JAMES D. KIRK
UNITED STATES ~~MAGISTRATE~~ DISTRICT JUDGE